# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,     )
     )
     Plaintiff,     )
     )
     vs.     )     No.  24-03019-01-CR-S-BCW
     )
NECOLE JENNINGS,     )
     )
     Defendant.     )

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count Two contained in the Second Superseding Indictment filed on October 1 2024 is now Accepted and the Defendant is Adjudged Guilty of such offense.   Sentencing will be set by subsequent Order of the Court.

s/ <b><i>Brian C. Wimes</i></b>
<b>BRIAN C. WIMES</b>
<b>UNITED STATES DISTRICT JUDGE</b>

Date:   July 3, 2026#
#